Raymond and Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin L. de Lyon
Attorneys for the Debtor(s)

---

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.: 19-15753 (CMG) |
| ALLEN MIDDLETON, | |
| DEBTOR(S). | |

---

### DEBTOR'S CERTIFICATION RELATING TO TRUSTEE'S CONFIRMATION OBJECTION

**ALLEN MIDDLETON, OF FULL AGE, HEREBY CERTIFIES AS FOLLOWS:**

1. I am the Debtor and I am filing this Certification in pertaining to the Trustee's Confirmation Objection.

2. The Trustee had taken issue with items in the means test. Now that the means test portion of the petition has been amended, to reflect the proper income, I believe this would principally address the Trustee's objection as it pertains to the median income.

3. The reason for the issue pertains to my income. I am paid on a bi-weekly basis, every two weeks. There is no overtime, I am a salaried employee and my salary is $70,000 per year. The regular pay that I receive is $2,691.31, every two weeks. When multiplied by 2.16, that amounts to $5,813.23, on a monthly basis, and yearly it is $69,758.76, which is just shy of my annual salary. So figuring this pay every two weeks is the proper way to determine my monthly income.

4. The means test has now been amended to properly reflect what I earn on a monthly basis.

5. The reason for the discrepancy has to do with reimbursement for actual expenses that I incur pertaining to employment.

6. I am employed with SDI Industries as a facilities manager. As part of employment, I travel regularly to sites across the country. I pay for expenses when I travel such as lodging, food and airfare and then my employer, upon submission of the receipts and expense vouchers, reimburses me for the expenses.

7. The expenses are denoted under deductions on my pay advices and labeled as perdiem, but as the pay advise shows, these sums are actually added in. I am not certain of the reason for that, but if they are added in they have to be deducted since they represent not income but an actual real expense in connection with employment, for which the employer reimburses me.

8. When my attorneys computed the median income and I supplied pay advices, it appears that the year to date gross figure was used. That was proper, but, if the median income was computed in that manner, there should have been an equivalent deduction for all of the expenses to date. This is not readily apparent but was scheduled as a footnote in Schedule I of the petition as follows: "I get occasional per diem income on my checks when I travel which merely covers my travel related expenses".

9. The better way of computing the median income is multiplying the gross figure by 2.16 as noted above and the same with the check deductions.

10. I believe that the Trustee similarly, premised on the pay advises provided and the petition, made this mistake of including

the reimbursement of expenses, as income.

11. So the net monthly income is $3,892.06, nearly matches the petition which shows a net monthly income of $3,801.74. The difference in the figures is small and pertains to insurance obligations being taken out and varying tax amounts and I note that the gross scheduled figure is exactly the same as on the pay advices.

12. I've attached, for review by the Court and the Trustee, two pay advices. One of the pay advices contains 'Perdiem' in the deduction section which is preceded by a minus sign but upon further review it is actually added in versus the deductions which are actually subtracted from the gross pay. The Perdiem represents actual expenses I have incurred during company travel for which I am reimbursed dollar for dollar upon presentation of the charges to the company through and expense log.

13. When all of this is taken into account, the income figures match closely those on the petition filed with the Court. The expenses claimed are more than reasonable and all income including tax refunds are included on the petition, as it relates to the income and expense schedules of the petition. In terms of the B-22 calculations, now that the expenses are not included as income, the end result is a negative $1,065 and even accounting for the issues raised by the Trustee, at the end, there will still be a negative and hence there is no set amount to pay under the plan. In addition, as my attorney noted, resort to the budget is necessary here in that the B-22 is directly at odds with current income and expenses and case-law then directs us to look, more sensibly, at current income and expenses.

14. For these reasons and the reasons already mentioned in the response to the Trustee's Confirmation Objection filed by my attorney, the Court should confirm this case.

15. I certify that information is true and correct to the best of my knowledge.

Dated: October 20, 2019

/S/ ALAN MIDDLETON
*Allen Middleton*
DEBTOR

**SDI INDUSTRIES INC**
13000 PIERCE ST
PACOIMA, CA 91331

Direct Deposit Advice

paylocity

Check Date
September 27, 2019

Voucher Number

DIRECT DEPOSIT VOUCHER

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Pnc Bank, NewC Jersey | ***  | 1,992.25 |
| Total Direct Deposits | | 1,992.25 |



Allen Middleton
1305 N Oak Blvd
North Brunswick, NJ 08902

## Non Negotiable - This is not a check - Non Negotiable

### SDI INDUSTRIES INC

**Allen Middleton**              **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 2,394.29 | Check Date | September 27, 2019 | Voucher Number |
| Location | | Fed Filing Status | S-1 | Period Beginning | September 9, 2019 | Net Pay  1,992.25 |
| Salary | $2,692.31 | State Filing Status | S-1 | Period Ending | September 22, 2019 | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 20.19 | 403.80 |
| Basic Life | | 0.00 | 5.25 | 47.25 |
| Employer C | | 0.00 | 197.50 | 3,495.00 |
| HOLIDAY | | | | 1,665.70 |
| REGULAR | 26.40 | 78.00 | 2,058.83 | 44,864.74 |
| SICK | | | | 1,279.17 |
| VACATIO | 26.40 | 24.00 | 633.48 | 6,036.59 |
| **Gross Earnings** | | 102.00 | 2,692.31 | 53,846.20 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 299.76 | 6,170.87 |
| MED | 35.89 | 729.35 |
| NJ | 93.69 | 1,873.80 |
| NJFLI-E | 0.00 | 27.74 |
| NJSDI-E | 0.00 | 58.52 |
| NJSUI-E | 0.00 | 131.60 |
| NJWD-E | 0.00 | 9.03 |
| NJWD-ES | 0.00 | 6.01 |
| SS | 153.46 | 3,118.57 |
| **Taxes** | 582.80 | 12,125.49 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 80.77 | 1,615.40 |
| 401K LOAN | 26.69 | 533.80 |
| AFLAC ACCIDENT | 14.28 | 285.60 |
| AFLAC CANCER | 31.44 | 628.80 |
| AFLAC HOSPITAL | 15.36 | 307.20 |
| ANTHEM MEDICAL | 102.90 | 1,813.38 |
| DENTAL INS | 49.21 | 438.60 |
| PERDIEM | -225.00 | -3,510.00 |
| VISION | 4.06 | 73.08 |
| VOL LIFE | 17.55 | 315.90 |
| **Deductions** | 117.26 | 2,501.76 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Pnc Bank, New C Jersey | ***4509 | 1,992.25 |
| Total Direct Deposits | | 1,992.25 |

| Time Off | Used | Availabl | UsedS |
|---|---|---|---|
| SICK | 40.00 | 0.00 | |
| VACATIO | 160.00 | 37.95 | |

**SDI INDUSTRIES INC**
13000 PIERCE ST
PACOIMA, CA 91331

Direct Deposit Advice



Check Date
October 11, 2019

Voucher Number

DIRECT DEPOSIT VOUCHER

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Pnc Bank, New C Jersey | * | 1,801.88 |
| **Total Direct Deposits** | | **1,801.88** |

Allen Middleton
1305 N Oak Blvd
North Brunswick, NJ 08902

## Non Negotiable - This is not a check - Non Negotiable

### SDI INDUSTRIES INC

**Allen Middleton**

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 2,443.50 | Check Date   October 11, 2019 |
| Location | | Fed Filing Status | S-1 | Period Beginning  September 23, 2019 |
| Salary | $2,692.31 | State Filing Status | S-1 | Period Ending  October 6, 2019 |

| | | | | |
|---|---|---|---|---|
| Voucher Number | 552964 |
| Net Pay | 1,801.88 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 20.19 | 423.99 |
| Basic Life | | | | 47.25 |
| Employer C | | 0.00 | 197.50 | 3,692.50 |
| HOLIDAY | | | | 1,665.70 |
| REGULAR | 31.67 | 77.00 | 2,438.92 | 47,303.66 |
| SICK | | | | 1,279.17 |
| VACATIO | 31.67 | 8.00 | 253.39 | 6,289.98 |
| **Gross Earnings** | | **85.00** | **2,692.31** | **56,538.51** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 310.59 | 6,481.46 |
| MED | 36.60 | 765.95 |
| NJ | 93.69 | 1,967.49 |
| NJFLI-E | 0.00 | 27.74 |
| NJSDI-E | 0.00 | 58.52 |
| NJSUI-E | 0.00 | 131.60 |
| NJWD-E | 0.00 | 9.03 |
| NJWD-ES | 0.00 | 6.01 |
| SS | 156.50 | 3,275.07 |
| **Taxes** | **597.38** | **12,722.87** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 80.77 | 1,696.17 |
| 401K LOAN | 26.69 | 560.49 |
| AFLAC ACCIDENT | 14.28 | 299.88 |
| AFLAC CANCER | 31.44 | 660.24 |
| AFLAC HOSPITAL | 15.36 | 322.56 |
| ANTHEM MEDICAL | 102.90 | 1,916.28 |
| DENTAL INS | | 438.60 |
| PERDIEM | | -3,510.00 |
| VISION | 4.06 | 77.14 |
| VOL LIFE | 17.55 | 333.45 |
| **Deductions** | **293.05** | **2,794.81** |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Pnc Bank, New C Jersey | ***4509 | 1,801.88 |
| **Total Direct Deposits** | | **1,801.88** |

| Time Off | Used | Availabl | UsedS |
|---|---|---|---|
| SICK | 40.00 | 0.00 | |
| VACATIO | 168.00 | 34.56 | |