| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-15753 / CMG**

Allen Middleton

Petition Filed Date: 03/21/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 12/04/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2019 | $320.00 | 25860052192 | 05/15/2019 | $350.00 | 25343045831 | 07/01/2019 | $325.00 | 25860092501 |
| 07/08/2019 | $300.00 | 59982110 | 08/26/2019 | $310.00 | 25948591852 | 09/18/2019 | $300.00 | 25948598490 |
| 10/25/2019 | $300.00 | 26017773028 | 11/26/2019 | $200.00 | 25666593232 | 12/27/2019 | $200.00 | 26322904181 |

**Total Receipts for the Period: $2,605.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,605.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Allen Middleton | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HERBERT B RAYMOND ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,592.00 | $2,465.63 | $1,126.37 |
| 1 | PINNACLE CREDIT SERVICES, LLC.<br>»» VERIZON | Unsecured Creditors | $342.58 | $0.00 | $342.58 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2008 | Secured Creditors | $4,113.00 | $0.00 | $4,113.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2008-2010 | Unsecured Creditors | $74,916.08 | $0.00 | $74,916.08 |
| 4 | CACH, LLC<br>»» HUNTERS GLEN | Unsecured Creditors | $10,238.03 | $0.00 | $10,238.03 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $1,351.16 | $0.00 | $1,351.16 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $679.38 | $0.00 | $679.38 |
| 7 | CONDOR CAPITAL CORP. | Unsecured Creditors | $751.09 | $0.00 | $751.09 |
| 8 | AMERICAN CREDIT ACCEPTANCE<br>»» 2006 AUDI A4/DEF BAL | Unsecured Creditors | $558.71 | $0.00 | $558.71 |
| 9 | SPECIALIZED LOAN SERVICING LLC<br>»» P/1305 N OAKS BOULEVARD/1ST MTG/ORDER 6/19/19 | Mortgage Arrears | $15,318.78 | $0.00 | $15,318.78 |
| 10 | ST. PETER'S UNIVERSITY HOSPITAL C/O CHRI | Unsecured Creditors | $27.95 | $0.00 | $27.95 |
| 11 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008-2009/CRAM BAL | Unsecured Creditors | $10,265.60 | $0.00 | $10,265.60 |
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2009-2010 | Unsecured Creditors | $5,035.01 | $0.00 | $5,035.01 |
| 13 | Oaks at North Brunswick Condo. Associati<br>»» CRAM $0 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15753 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,605.00 | Plan Balance: | $32,174.00 ** |
| Paid to Claims: | $2,465.63 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $139.37 | Arrearages: | $590.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $34,779.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**