**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: § 
 § CASE NO. 19-15753-CMG
ALLEN MIDDLETON § 
　　DEBTOR § 

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for Lodge Series IV Trust, U.S. Bank Trust National Association as trustee** | **Specialized Loan Servicing, LLC as servicing agent for InSolve Global Credit Fund III, L.P. for the benefit of Lodge Series IV Trust** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

　　**Specialized Loan Servicing LLC**
　　**8742 Lucent Blvd, Suite 300**
　　**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx4576**

Court Claim # (if known): 8-1
Amount of Claim: $132,798.67
Date Claim Filed  05/28/2019

Phone: (800) 315-4757
Last Four Digits of Acct.#: 4576

Name and Address where transferee payments should be sent (if different from above):

　　Specialized Loan Servicing, LLC
　　PO Box 636007
　　Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx4576**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty                                Date:              02/14/2020
　　Transferee/Transferee's Agent

　Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>Allen Middleton<br><br>Debtor. | Case No : 19-15753-CMG<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, <u>John J. Rafferty</u> :

   ☒ represent the <u>Creditor</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>02/14/2020</u> , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

02/14/2020                                        /s/ John J. Rafferty
Date                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allen Middleton<br>1305 North Oaks Boulevard<br>North Brunswick, NJ 08902 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable. *) |
| Herbert B. Raymond<br>Attorney at Law<br>7 Glenwood Ave Suite #408<br>4th Floor<br>East Orange, NJ 07017 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |
| Albert Russo<br>Standing Chapter 13 Trustee / CN 4853<br>Trenton, New Jersey 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                                                                                                    4129-N-5351