B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re _____Allen Middleton_____,  Case No. __19-15753-CMG__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Lodge Series IV Trust | Specialized Loan Servicing, LLC as servicing agent for Lodge Series IV Trust, U.S. Bank Trust National Association as trustee |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services, LLC
P.O. Box 55044
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: ___8197___

Court Claim # (if known): ___8-1___
Amount of Claim: ___$132,798.67___
Date Claim Filed: ___05/28/2019___

Phone: __(800) 315-4757__
Last Four Digits of Acct. #: ___4576___

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services, LLC
P.O. Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: ___8197___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Jonathan Schwalb__   Date: __3/27/2020__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of ___New Jersey____

In re _____Allen Middleton_____,    Case No. 19-15753-CMG

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. _8-1_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 3/27/2020 (date).

Name of Alleged Transferor

Specialized Loan Servicing, LLC as servicing agent for Lodge Series IV Trust, U.S. Bank Trust National Association as trustee

Address of Alleged Transferor:

Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Name of Transferee

Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Lodge Series IV Trust

Address of Transferee:

Rushmore Loan Management Services, LLC
P.O. Box 55044
Irvine, CA 92619-2708

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                  **CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Lodge Series IV Trust

In Re:

Allen Middleton

Case No.: 19-15753

Chapter: 13

Adv. No.: _____

Hearing Date: _____

Hon. Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, David Zimmerman :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents Rushmore Loan Management Services in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On March 27, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 27, 2020                    /s/David Zimmerman
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allen Middleton<br>1305 North Oaks Boulevard<br>North Brunswick, NJ 08902 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Herbert B. Raymond<br>7 Glenwood Ave<br>Suite #408<br>4th Floor<br>East Orange, NJ 07017 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |