Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−15753−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen Middleton
   1305 North Oaks Boulevard
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−3914

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 9, 2019.

On 08/04/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:    September 16, 2020
Time:    10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 5, 2020
JAN: mjb

                                                                                                Jeanne Naughton
                                                                                                Clerk

```
                                 United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                              Case No. 19-15753-CMG
Allen Middleton                                                                     Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 3                 Date Rcvd: Aug 05, 2020
                               Form ID: 185                 Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db             +Allen Middleton,    1305 North Oaks Boulevard,    North Brunswick, NJ 08902-2157
cr             +Rushmore Loan Management Services, LLC as servicer,    Friedman Vartolo LLP,
                 1325 Franklin Avenue, Suite 230,    1325 Franklin Avenue, Suite 230,
                 Garden City, NY 11530-1631
cr             +The Oaks at North Brunswick Condominium Associatio,    c/o Giaimo and Associates, LLC,
                 97 East River Road,    Rumson, NJ 07760-1625
518187893       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518133424      +Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
518133429       Cach LLC,    PO Box 5980,    Denver, CO 80127
518133434      +Condor Capital,    Fein, Such, Kahn, and Shepard,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4673
518133433      +Condor Capital,    800 South Oyster Bay Rd.,    Hicksville, NY 11801-3519
518133435      +Condor Capital Corporation,    637 Wyckoff Avenue,    Wyckoff, NJ 07481-1438
518133437      +Condor Capital Corporation,    165 Oser AVenue,    Hauppauge, NY 11788-3710
518133436       Condor Capital Corporation,    PO Box 9054,    Hicksville, NY 11802
518133439      +Fein, Such, Kahn, and Shepard,    7 Century Drive, Ste. 201,    Parsippany, NJ 07054-4673
518133440      +Giaimo and Associates, LLC,    97 E. River Rd.,    Rumson, NJ 07760-1625
518133449      +Oaks at North Brunswick Condo. Associati,    C/o UBE, Inc.,    1 Willow Pond Drive,
                 Howell, NJ 07731-3085
518135355      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518133450      +Pinnacle LLC/Resurgent,    PO Box 10497,    Greenville, SC 29603-0497
518133451      +Powers Kirn, LLC,    728 Marne Highway, Ste. 200,    Moorestown, NJ 08057-3128
518133452      +Progressive Insurance,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
518782864      +Rushmore Loan Management Services, LLC,    P.O. Box 55044,    Irvine, CA 92619-5044
518133457     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
518133453      +Santander Consumer Usa,    PO Box 961245,    Ft Worth, TX 76161-0244
518228649       Specialized Loan,    Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
518267611      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518683057      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518270973       St Peter's University Hospital c/o CHRI,    PO BOX 1289,    PEORIA, IL 61654-1289
518133458      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
518133455      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
518133463      +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
518133467      +Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,    Charlotte, NC 28217-1962
518133468      +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
518133466       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 06 2020 00:29:41      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2020 00:29:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518133421      +E-mail/Text: EBNProcessing@afni.com Aug 06 2020 00:29:48      Afni, Inc.,    PO Box 3097,
                 Bloomington, IL 61702-3097
518133422      +E-mail/Text: ally@ebn.phinsolutions.com Aug 06 2020 00:28:31      Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
518133423      +E-mail/Text: bankruptcy@acacceptance.com Aug 06 2020 00:29:37      American Credit Acceptance,
                 961 E Main St,    Spartanburg, SC 29302-2185
518133425      +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Aug 06 2020 00:39:35
                 Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
518154550       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2020 00:36:04      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518133431       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2020 00:37:12      Capital One,
                 15000 Capital One Drive,    Richmond, VA 23238
518133430      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2020 00:36:45      Cach, LLC,
                 Resurgent Captial Services,    P.O. Box 10587,    Greenville, SC 29603-0587
518133432       E-mail/Text: documentfiling@lciinc.com Aug 06 2020 00:28:25      Comcast,    PO Box 27505,
                 Newark, NJ 07101
518133438      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 06 2020 00:39:27
                 Credit Control Service,    725 Canton Street,    Norwood, MA 02062-2679
518148620       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 06 2020 00:29:10      IRS,    POB 7346,
                 Philadelphia, PA  19101-7346
518133446      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2020 00:36:04      LVNV Funding,
                 Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
518133447      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 06 2020 00:29:37      Midland Funding, LLC,
                 P.O. Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0312-3          User: admin             Page 2 of 3               Date Rcvd: Aug 05, 2020
                              Form ID: 185            Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518140961         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2020 00:36:05
                  Pinnacle Credit Services LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC  29603-0587
518198041        +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 06 2020 00:29:57      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518133454        +E-mail/Text: bankruptcy@sw-credit.com Aug 06 2020 00:29:41      Southwest Credit Systems,
                  4120 International Parkway,    Carrollton, TX 75007-1958
518133459        +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 00:36:25      Syncb/Lord & Taylor,
                  PO Box 965015,    Orlando, FL 32896-5015
518133461        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 06 2020 00:28:22
                  Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
518133462        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 06 2020 00:28:22
                  Verizon Wireless,    2000 Corporate Drive,    Orangeburg, NY 10962-2624
                                                                                              TOTAL: 20


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518133441          Intercoastal Financial, LLC,    7954 Transit Road,   #144,   NY 14421
518133427*        +Berks Credit & Collection,    900 Corporate Dr,   Reading, PA 19605-3340
518133428*        +Berks Credit & Collection,    900 Corporate Drive,   Reading, PA 19605-3340
518133443*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    Insolvency Operations,   PO Box 21125,
                   Philadelphia, PA 19114)
518133445*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    Insolvency Operations,   PO Box 21125,
                   Philadelphia, PA 19114)
518133444*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    P0 Box 105572,   Atlanta, GA 30348)
518133442*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    Special Procedures Function,
                   PO Box 724,   Springfield, NJ 07081)
518782865*        +Rushmore Loan Management Services, LLC,    P.O. Box 55044,   Irvine, CA 92619-5044
518683056*        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
518722353*        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
518722354*        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518133456*        +State of New Jersey,    Division of Taxation,   50 Barrack Street, P.O. Box 269,
                   Trenton, NJ 08646-0269
518133464*        +Wakefield & Associates,    7005 Middlebrook Pike,   Knoxville, TN 37909-1156
518133465*        +Wakefield & Associates,    7005 Middlebrook Pike,   Knoxville, TN 37909-1156
518133448       ##+Midwest Recovery Systems,    2747 W Clay St., Ste. A,   Saint Charles, MO 63301-2557
518133460       ##+Trident Asset Management,    53 Perimeter Center, E Ste. 4,   Atlanta, GA 30346-2230
                                                                                TOTALS: 1, * 13, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3             User: admin                 Page 3 of 3               Date Rcvd: Aug 05, 2020
                                 Form ID: 185                Total Noticed: 51
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:

```
          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor     Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Herbert B. Raymond     on behalf of Debtor Allen   Middleton herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor     Rushmore Loan Management Services, LLC as servicer
           for U.S. Bank Trust National Association, as Trustee of Lodge Series IV Trust
           bankruptcy@friedmanvartolo.com
          Kaitlyn R. Campanile     on behalf of Creditor     The Oaks at North Brunswick Condominium
           Association, Inc. kcampanile@krclawnj.com
          Rebecca Ann Solarz    on behalf of Creditor     Specialized Loan Servicing, LLC
           rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing, LLC
           ecf@powerskirn.com
                                                                                              TOTAL: 9
```