| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Thomas Vincent Giaimo, Esq.<br>**GIAIMO & ASSOCIATES, LLC**<br>97 E. River Road<br>Rumson, New Jersey 07760<br>(732) 747-8585<br>tgiaimo@giaimoandassociates.com<br>*Attorneys for Creditor,*<br>The Oaks at North Brunswick Condominium Association, Inc.<br>File No. CL-2450 | Case No.: 19-15753-CMG<br><br>Chapter 13<br><br>Hon. Christine M. Gravelle |
| In re:<br><br>    Allen Middleton<br><br>Debtor. | |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the court that Thomas Vincent Giaimo, will be substituted as attorney of record in this case on behalf of creditor The Oaks at North Brunswick Condominium Association, Inc.

Date: August 17, 2020

                                            Kaitlyn R. Campanile, Esq.,
                                            Signature of Former Attorney

Date: August 17, 2020

                                            Thomas Vincent Giaimo, Esq.,
                                            Signature of Substituted Attorney
                                            **GIAIMO & ASSOCIATES, LLC**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Thomas Vincent Giaimo, Esq.<br>**GIAIMO & ASSOCIATES, LLC**<br>97 E. River Road<br>Rumson, New Jersey 07760<br>(732) 747-8585<br>tgiaimo@giaimoandassociates.com<br>*Attorneys for Creditor,*<br>The Oaks at North Brunswick Condominium Association, Inc.<br>File No. CL-2450 | Case No.: 19-15753-CMG<br><br>Chapter 13<br><br>Hon. Christine M. Gravelle |
| In re:<br><br>    Allen Middleton<br><br>Debtor. | |

## CERTIFICATION OF SERVICE

Thomas Vincent Giaimo, Esq., an attorney duly admitted to practice law in the District of New Jersey, upon my oath certifies as follows:

1. I am a partner of the law firm of Giaimo & Associates, LLC, attorneys for Creditor, The Oaks at North Brunswick Condominium Association, Inc. (the "Association").

2. On August 17, 2020, I cause to be served the Substitution of Attorney upon the following parties:

        Herbert B. Raymond, Esq.
        7 Glenwood Avenue, Suite # 408
        4th Floor
        East Orange, New Jersey 07017

Albert Russo
Standing Chapter 13 Trustee
CN4853
Trenton, New Jersey 08650-4853

3.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 17, 2020

*Thomas Vincent Giaimo* (signature)

Thomas Vincent Giaimo, Esq.
**GIAIMO & ASSOCIATES, LLC**