Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  19−15753−CMG
    Chapter:  13
    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen Middleton
   1305 North Oaks Boulevard
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−3914

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     11/18/20
Time:     12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 26, 2020
JAN:

                                                    Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-15753-CMG
Allen Middleton  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Oct 26, 2020     Form ID: 137     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Middleton, 1305 North Oaks Boulevard, North Brunswick, NJ 08902-2157 |
| aty | + | Thomas Vincent Vincent, Giaimo & Associates, LLC, 97 E. RIVER ROAD, RUMSON, NJ 07760-1625 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | The Oaks at North Brunswick Condominium Associatio, c/o Giaimo and Associates, LLC, 97 East River Road, Rumson, NJ 07760-1625 |
| 518187893 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518133424 | + | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518133429 | | Cach LLC, PO Box 5980, Denver, CO 80127 |
| 518133434 | + | Condor Capital, Fein, Such, Kahn, and Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 518133433 | + | Condor Capital, 800 South Oyster Bay Rd., Hicksville, NY 11801-3519 |
| 518133437 | + | Condor Capital Corporation, 165 Oser AVenue, Hauppauge, NY 11788-3710 |
| 518133436 | | Condor Capital Corporation, PO Box 9054, Hicksville, NY 11802 |
| 518133435 | + | Condor Capital Corporation, 637 Wyckoff Avenue, Wyckoff, NJ 07481-1438 |
| 518133439 | + | Fein, Such, Kahn, and Shepard, 7 Century Drive, Ste. 201, Parsippany, NJ 07054-4673 |
| 518133440 | + | Giaimo and Associates, LLC, 97 E. River Rd., Rumson, NJ 07760-1625 |
| 518133449 | + | Oaks at North Brunswick Condo. Associati, C/o UBE, Inc., 1 Willow Pond Drive, Howell, NJ 07731-3085 |
| 518135355 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518133450 | + | Pinnacle LLC/Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 518133451 | + | Powers Kirn, LLC, 728 Marne Highway, Ste. 200, Moorestown, NJ 08057-3128 |
| 518133452 | + | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 518782864 | + | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518133457 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 518133453 | + | Santander Consumer Usa, PO Box 961245, Ft Worth, TX 76161-0244 |
| 518228649 | | Specialized Loan, Servicing, LLC, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 518267611 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518683057 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 518270973 | | St Peter's University Hospital c/o CHRI, PO BOX 1289, PEORIA, IL 61654-1289 |
| 518133458 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518133455 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 518133463 | + | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 518133467 | + | Wells Fargo Home Mortgage, 5024 Parkway Plaza Blvd., Charlotte, NC 28217-1962 |
| 518133468 | + | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 518133466 | | Wells Fargo Home Mortgage, 4080 Hallmark Parkway, San Bernardino, CA 92407 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2020 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2020 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518133421 | + | Email/Text: EBNProcessing@afni.com | Oct 26 2020 20:52:00 | Afni, Inc., PO Box 3097, Bloomington, IL 61702-3097 |
| 518133422 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2020 20:51:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 518133423 | + | Email/Text: bankruptcy@acacceptance.com | Oct 26 2020 20:52:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2185 |
| 518133425 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 26 2020 20:53:00 | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 518154550 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2020 22:48:58 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518133431 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2020 22:50:20 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 518133430 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2020 22:50:26 | Cach, LLC, Resurgent Captial Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 518133432 | | Email/Text: documentfiling@lciinc.com | Oct 26 2020 20:50:00 | Comcast, PO Box 27505, Newark, NJ 07101 |
| 518133438 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 26 2020 20:53:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 518148620 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2020 20:51:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 518133446 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2020 22:48:58 | LVNV Funding, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 518133447 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2020 20:52:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518140961 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2020 22:48:58 | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518198041 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2020 20:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518133454 | + | Email/Text: bankruptcy@sw-credit.com | Oct 26 2020 20:52:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518133459 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2020 22:50:15 | Syncb/Lord & Taylor, PO Box 965015, Orlando, FL 32896-5015 |
| 518133461 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2020 20:50:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |
| 518133462 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2020 20:50:00 | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518133441 | | Intercoastal Financial, LLC, 7954 Transit Road, #144, NY 14421 |
| 518133427 | *+ | Berks Credit & Collection, 900 Corporate Dr, Reading, PA 19605-3340 |
| 518133428 | *+ | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 518133443 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518133445 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518133444 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA |

Case 19-15753-CMG   Doc 62   Filed 10/28/20   Entered 10/29/20 00:39:38   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 137 | Total Noticed: 52 |

| | | |
|---|---|---|
| | | 19101-7346, address filed with court:, Internal Revenue Service, P0 Box 105572, Atlanta, GA 30348 |
| 518133442 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518782865 | *+ | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518683056 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518722353 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518722354 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518133456 | *+ | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 518133464 | *+ | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 518133465 | *+ | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 518133448 | ##+ | Midwest Recovery Systems, 2747 W Clay St., Ste. A, Saint Charles, MO 63301-2557 |
| 518133460 | ##+ | Trident Asset Management, 53 Perimeter Center, E Ste. 4, Atlanta, GA 30346-2230 |

TOTAL: 1 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Allen Middleton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Thomas Vincent Giaimo | on behalf of Creditor The Oaks at North Brunswick Condominium Association Inc. tgiaimo@giaimoandassociates.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 9