UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711;
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379
Jeffrey M. Raymond
Kevin de Lyon
Attorneys for the Debtor(s)
```

Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 19-15753 (CMG) |
| ALLEN MIDDLETON, DEBTOR(S) | Adv. No.: |
| | Hearing Date: |
| | Judge: CHRISTINE GRAVELLE |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

DATED: November 19, 2020

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: Allen Middleton, Debtor(s)

Case no.: 19-15753 (CMG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

　　　The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

　　　ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,200.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,200.00**.  The allowance shall be payable

　　　___XXXX___    through the Chapter 13 plan as an administrative priority.

　　　_____    outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$5,480 paid in through September 2020**

**$346 per month for sixty-six (66) months starting October 2020**

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 19-15753-CMG
Allen Middleton                                                                      Chapter 13
  Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2
Date Rcvd: Nov 19, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

**Recip ID    Recipient Name and Address**
db      + Allen Middleton, 1305 North Oaks Boulevard, North Brunswick, NJ 08902-2157

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

**Name      Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond
    on behalf of Debtor Allen Middleton herbertraymond@gmail.com
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com

Rebecca Ann Solarz
    on behalf of Creditor Specialized Loan Servicing  LLC rsolarz@kmllawgroup.com

Thomas Vincent Giaimo
    on behalf of Creditor The Oaks at North Brunswick Condominium Association  Inc. tgiaimo@giaimoandassociates.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Specialized Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 9