B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re ____Allen Middleton____,  Case No. __19-15753-CMG__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust | U.S. Bank Trust National Association as trustee of Lodge Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    Rushmore Loan Management Services
    P.O. Box 55004
    Irvine, CA 92619-2708

Phone: ____888-504-6700____
Last Four Digits of Acct #: ____8197____

Court Claim # (if known): ____8-1____
Amount of Claim: ____$132,798.67____
Date Claim Filed: ____05/28/2019____

Phone: ____888-504-6700____
Last Four Digits of Acct. #: ____8197____

Name and Address where transferee payments should be sent (if different from above):
    Rushmore Loan Management Services
    P.O. Box 52708
    Irvine, CA 92619-2708
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Jonathan Schwalb__    Date: __12/17/20__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of ____New Jersey____

In re ____Allen Middleton____,    Case No. __19-15753-CMG__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __8-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

U.S. Bank Trust National Association
as trustee of Lodge Series IV Trust

Name of Transferee

U.S. Bank Trust National Association,
as Trustee of Dwelling Series IV Trust

Address of Alleged Transferor:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Address of Transferee:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
**CLERK OF THE COURT**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Hon. Judge: _____ |

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |