| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-15753 / CMG**

Allen Middleton

Petition Filed Date: 03/21/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 12/04/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/13/2020 | $1,000.00 | 26768516747 | 08/18/2020 | $875.00 | 26768533432 | 08/18/2020 | $600.00 | 26867503225 |
| 09/09/2020 | $400.00 | 26768544682 | 10/26/2020 | $300.00 | 26867529358 | 11/02/2020 | $350.00 | 26867512091 |
| 12/04/2020 | $350.00 | 26867506926 | 01/05/2021 | $350.00 | 26867526456 | 01/25/2021 | $350.00 | 26867527751 |

**Total Receipts for the Period: $4,575.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,180.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Allen Middleton | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HERBERT B RAYMOND ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,592.00 | $3,592.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES, LLC.<br>»»  VERIZON | Unsecured Creditors | $342.58 | $0.00 | $342.58 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2008 | Secured Creditors | $4,113.00 | $309.27 | $3,803.73 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2008-2010 | Unsecured Creditors | $74,916.08 | $0.00 | $74,916.08 |
| 4 | CACH, LLC<br>»»  HUNTERS GLEN | Unsecured Creditors | $10,238.03 | $0.00 | $10,238.03 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $1,351.16 | $0.00 | $1,351.16 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $679.38 | $0.00 | $679.38 |
| 7 | CONDOR CAPITAL CORP. | Unsecured Creditors | $751.09 | $0.00 | $751.09 |
| 8 | AMERICAN CREDIT ACCEPTANCE<br>»»  2006 AUDI A4/DEF BAL | Unsecured Creditors | $558.71 | $0.00 | $558.71 |
| 9 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/1305 N OAKS BLVD/1ST MTG/ORD 6/19/19;SLS | Mortgage Arrears | $15,318.78 | $1,151.86 | $14,166.92 |
| 10 | ST. PETER'S UNIVERSITY HOSPITAL C/O CHRI | Unsecured Creditors | $27.95 | $0.00 | $27.95 |
| 11 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2008-2009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2008-2010/COSTS 2009 | Unsecured Creditors | $15,300.61 | $0.00 | $15,300.61 |
| 13 | Oaks at North Brunswick Condo. Associati<br>»»  CRAM $0 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Case 19-15753-CMG    Doc 72    Filed 02/26/21    Entered 02/26/21 23:35:28    Desc Main
Document    Page 2 of 2

**Chapter 13 Case No. 19-15753 / CMG**

| 0 | HERBERT B RAYMOND ESQ | Attorney Fees | $1,200.00 | $939.00 | $261.00 |
|---|---|---|---|---|---|
|  | »» ORDER 11/19/20 |  |  |  |  |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,180.00 | Plan Balance: | $21,149.00 ** |
| Paid to Claims: | $5,992.13 | Current Monthly Payment: | $346.00 |
| Paid to Trustee: | $530.57 | Arrearages: | $30.00 |
| Funds on Hand: | $657.30 | Total Plan Base: | $28,329.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**