Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−15753−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Allen Middleton
  1305 North Oaks Boulevard
  North Brunswick, NJ 08902

Social Security No.:
  xxx−xx−3914

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 29, 2020.

On 2/27/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:      April 7, 2021
Time:      10:00 AM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 1, 2021
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-15753-CMG |
| Allen Middleton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 01, 2021 | Form ID: 185 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Middleton, 1305 North Oaks Boulevard, North Brunswick, NJ 08902-2157 |
| aty | + | Thomas Vincent Vincent, Giaimo & Associates, LLC, 97 E. RIVER ROAD, RUMSON, NJ 07760-1625 |
| cr | + | Rushmore Loan Management Services as servicer for, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | #+ | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | The Oaks at North Brunswick Condominium Associatio, c/o Giaimo and Associates, LLC, 97 East River Road, Rumson, NJ 07760-1625 |
| 518187893 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518133424 | + | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518133429 | | Cach LLC, PO Box 5980, Denver, CO 80127 |
| 518133434 | + | Condor Capital, Fein, Such, Kahn, and Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 518133433 | + | Condor Capital, 800 South Oyster Bay Rd., Hicksville, NY 11801-3519 |
| 518133435 | + | Condor Capital Corporation, 637 Wyckoff Avenue, Wyckoff, NJ 07481-1438 |
| 518133437 | + | Condor Capital Corporation, 165 Oser AVenue, Hauppauge, NY 11788-3710 |
| 518133436 | | Condor Capital Corporation, PO Box 9054, Hicksville, NY 11802 |
| 518133439 | + | Fein, Such, Kahn, and Shepard, 7 Century Drive, Ste. 201, Parsippany, NJ 07054-4673 |
| 518133440 | + | Giaimo and Associates, LLC, 97 E. River Rd., Rumson, NJ 07760-1625 |
| 518133449 | + | Oaks at North Brunswick Condo. Associati, C/o UBE, Inc., 1 Willow Pond Drive, Howell, NJ 07731-3085 |
| 518135355 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518133450 | + | Pinnacle LLC/Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 518133451 | + | Powers Kirn, LLC, 728 Marne Highway, Ste. 200, Moorestown, NJ 08057-3128 |
| 518133452 | + | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 519050354 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519050355 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518782864 | + | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518133457 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 518133453 | + | Santander Consumer Usa, PO Box 961245, Ft Worth, TX 76161-0244 |
| 518228649 | | Specialized Loan, Servicing, LLC, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 518267611 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518683057 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 518270973 | | St Peter's University Hospital c/o CHRI, PO BOX 1289, PEORIA, IL 61654-1289 |
| 518133458 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518133455 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 518133467 | + | Wells Fargo Home Mortgage, 5024 Parkway Plaza Blvd., Charlotte, NC 28217-1962 |
| 518133468 | + | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 518133466 | | Wells Fargo Home Mortgage, 4080 Hallmark Parkway, San Bernardino, CA 92407 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

District/off: 0312-3  User: admin  Page 2 of 4
Date Rcvd: Mar 01, 2021  Form ID: 185  Total Noticed: 55

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2021 23:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2021 23:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518133421 | + Email/Text: EBNProcessing@afni.com | Mar 01 2021 23:31:00 | Afni, Inc., PO Box 3097, Bloomington, IL 61702-3097 |
| 518133422 | + Email/Text: ally@ebn.phinsolutions.com | Mar 01 2021 23:30:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 518133423 | + Email/Text: bankruptcy@acacceptance.com | Mar 01 2021 23:31:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2185 |
| 518133425 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 01 2021 23:32:00 | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 518154550 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2021 23:15:18 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518133431 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 01 2021 23:15:11 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 518133430 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2021 23:13:15 | Cach, LLC, Resurgent Captial Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 518133432 | Email/Text: documentfiling@lciinc.com | Mar 01 2021 23:28:00 | Comcast, PO Box 27505, Newark, NJ 07101 |
| 518133438 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 01 2021 23:31:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 518148620 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2021 23:30:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 518133446 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2021 23:13:16 | LVNV Funding, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 518133447 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2021 23:31:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518140961 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2021 23:17:34 | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518198041 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2021 23:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518133454 | + Email/Text: bankruptcy@sw-credit.com | Mar 01 2021 23:31:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518133459 | + Email/PDF: gecsedi@recoverycorp.com | Mar 01 2021 23:13:07 | Syncb/Lord & Taylor, PO Box 965015, Orlando, FL 32896-5015 |
| 518133461 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 01 2021 23:28:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |
| 518133462 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 01 2021 23:28:00 | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |
| 518133463 | Email/Text: bankruptcytn@wakeassoc.com | Mar 01 2021 23:30:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518133441 | | Intercoastal Financial, LLC, 7954 Transit Road, #144, NY 14421 |
| 518133427 | *+ | Berks Credit & Collection, 900 Corporate Dr, Reading, PA 19605-3340 |
| 518133428 | *+ | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 518133443 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518133445 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518133444 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P0 Box 105572, Atlanta, GA 30348 |
| 518133442 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518782865 | *+ | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518683056 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518722353 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518722354 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518133456 | *+ | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 518133464 | *P++ | WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE TN 37950-0250, address filed with court:, Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518133465 | *P++ | WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE TN 37950-0250, address filed with court:, Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518133448 | ##+ | Midwest Recovery Systems, 2747 W Clay St., Ste. A, Saint Charles, MO 63301-2557 |
| 518133460 | ##+ | Trident Asset Management, 53 Perimeter Center, E Ste. 4, Atlanta, GA 30346-2230 |

TOTAL: 1 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2021   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Allen Middleton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 01, 2021 | Form ID: 185 | Total Noticed: 55 |

Rebecca Ann Solarz
    on behalf of Creditor Specialized Loan Servicing  LLC rsolarz@kmllawgroup.com

Thomas Vincent Giaimo
    on behalf of Creditor The Oaks at North Brunswick Condominium Association  Inc. tgiaimo@giaimoandassociates.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Specialized Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 10