Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−15753−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen Middleton
   1305 North Oaks Boulevard
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−3914

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 12, 2021.

Dated: April 12, 2021
JAN: dmi

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-15753-CMG |
| Allen Middleton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2021 | Form ID: plncf13 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Middleton, 1305 North Oaks Boulevard, North Brunswick, NJ 08902-2157 |
| aty | + | Thomas Vincent Vincent, Giaimo & Associates, LLC, 97 E. RIVER ROAD, RUMSON, NJ 07760-1625 |
| cr | + | Rushmore Loan Management Services as servicer for, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | #+ | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | The Oaks at North Brunswick Condominium Associatio, c/o Giaimo and Associates, LLC, 97 East River Road, Rumson, NJ 07760-1625 |
| 518187893 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518133424 | + | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518133429 | | Cach LLC, PO Box 5980, Denver, CO 80127 |
| 518133434 | + | Condor Capital, Fein, Such, Kahn, and Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 518133433 | + | Condor Capital, 800 South Oyster Bay Rd., Hicksville, NY 11801-3519 |
| 518133436 | | Condor Capital Corporation, PO Box 9054, Hicksville, NY 11802 |
| 518133437 | + | Condor Capital Corporation, 165 Oser AVenue, Hauppauge, NY 11788-3710 |
| 518133435 | + | Condor Capital Corporation, 637 Wyckoff Avenue, Wyckoff, NJ 07481-1438 |
| 518133439 | + | Fein, Such, Kahn, and Shepard, 7 Century Drive, Ste. 201, Parsippany, NJ 07054-4673 |
| 518133440 | + | Giaimo and Associates, LLC, 97 E. River Rd., Rumson, NJ 07760-1625 |
| 518133449 | + | Oaks at North Brunswick Condo. Associati, C/o UBE, Inc., 1 Willow Pond Drive, Howell, NJ 07731-3085 |
| 518135355 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518133450 | + | Pinnacle LLC/Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 518133451 | + | Powers Kirn, LLC, 728 Marne Highway, Ste. 200, Moorestown, NJ 08057-3128 |
| 518133452 | + | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 519050354 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519050355 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518782864 | + | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518133457 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 518133453 | + | Santander Consumer Usa, PO Box 961245, Ft Worth, TX 76161-0244 |
| 518228649 | | Specialized Loan, Servicing, LLC, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 518267611 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518683057 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 518270973 | | St Peter's University Hospital c/o CHRI, PO BOX 1289, PEORIA, IL 61654-1289 |
| 518133458 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518133455 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 518133468 | + | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 518133466 | | Wells Fargo Home Mortgage, 4080 Hallmark Parkway, San Bernardino, CA 92407 |
| 518133467 | + | Wells Fargo Home Mortgage, 5024 Parkway Plaza Blvd., Charlotte, NC 28217-1962 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 4 |
| Date Rcvd: Apr 12, 2021 | Form ID: plncf13 | | Total Noticed: 55 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518133421 | + Email/Text: EBNProcessing@afni.com | Apr 12 2021 20:51:00 | Afni, Inc., PO Box 3097, Bloomington, IL 61702-3097 |
| 518133422 | + Email/Text: ally@ebn.phinsolutions.com | Apr 12 2021 20:50:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 518133423 | + Email/Text: bankruptcy@acacceptance.com | Apr 12 2021 20:51:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2185 |
| 518133425 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 12 2021 20:52:00 | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 518154550 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2021 20:47:37 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518133431 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 12 2021 20:48:04 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 518133430 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2021 20:48:08 | Cach, LLC, Resurgent Captial Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 518133432 | Email/Text: documentfiling@lciinc.com | Apr 12 2021 20:50:00 | Comcast, PO Box 27505, Newark, NJ 07101 |
| 518133438 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 12 2021 20:52:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 518148620 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2021 20:51:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 518133446 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2021 20:48:09 | LVNV Funding, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 518133447 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2021 20:51:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518140961 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2021 20:47:37 | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518198041 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 12 2021 20:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518133454 | + Email/Text: bankruptcy@sw-credit.com | Apr 12 2021 20:51:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518133459 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2021 20:47:29 | Syncb/Lord & Taylor, PO Box 965015, Orlando, FL 32896-5015 |
| 518133461 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 12 2021 20:50:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |
| 518133462 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 12 2021 20:50:00 | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |
| 518133463 | Email/Text: bankruptcytn@wakeassoc.com | Apr 12 2021 20:51:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Apr 12, 2021 | Form ID: plncf13 | Total Noticed: 55

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518133441 | | Intercoastal Financial, LLC, 7954 Transit Road, #144, NY 14421 |
| 518133427 | *+ | Berks Credit & Collection, 900 Corporate Dr, Reading, PA 19605-3340 |
| 518133428 | *+ | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 518133443 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518133445 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518133444 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P0 Box 105572, Atlanta, GA 30348 |
| 518133442 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518782865 | *+ | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518683056 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518722353 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518722354 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518133456 | *+ | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 518133464 | *P++ | WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE TN 37950-0250, address filed with court:, Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518133465 | *P++ | WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE TN 37950-0250, address filed with court:, Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518133448 | ##+ | Midwest Recovery Systems, 2747 W Clay St., Ste. A, Saint Charles, MO 63301-2557 |
| 518133460 | ##+ | Trident Asset Management, 53 Perimeter Center, E Ste. 4, Atlanta, GA 30346-2230 |

TOTAL: 1 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Allen Middleton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 12, 2021 | Form ID: plncf13 | Total Noticed: 55 |

| | |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Thomas Vincent Giaimo | on behalf of Creditor The Oaks at North Brunswick Condominium Association Inc. tgiaimo@giaimoandassociates.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 10