| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Allen Middleton<br><br><br><br>Debtor(s) | Case No.: 19-15753 / CMG<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 1/14/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  1/14/2022                                                                                         /s/  Kierstyn Buchanan

                                                                                                                              Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Allen Middleton<br>1305 North Oaks Boulevard<br>North Brunswick, NJ   08902 | Debtor(s) | Regular Mail |
| HERBERT B RAYMOND ESQ<br>4th FL, STE 408<br>7 GLENWOOD AVE<br>EAST ORANGE,  NJ   07017 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |