| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-15753 / CMG

Allen Middleton

Petition Filed Date: 03/21/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 12/04/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $350.00 | 26867526456 | 01/25/2021 | $350.00 | 26867527751 | 03/02/2021 | $350.00 | 27119396406 |
| 03/30/2021 | $350.00 | 26867541611 | 05/04/2021 | $350.00 | 27275324220 | 06/02/2021 | $350.00 | 27511000705 |
| 07/06/2021 | $400.00 | 27511011303 | 07/16/2021 | $350.00 | 27511021304 | 09/13/2021 | $350.00 | 27511027018 |
| 11/30/2021 | $350.00 | 27601142163 | | | | | | |

**Total Receipts for the Period: $3,550.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,030.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Allen Middleton | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HERBERT B RAYMOND ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,592.00 | $3,592.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES, LLC.<br>»» VERIZON | Unsecured Creditors | $342.58 | $0.00 | $342.58 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2008 | Secured Creditors | $4,113.00 | $681.01 | $3,431.99 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2008-2010 | Unsecured Creditors | $74,916.08 | $0.00 | $74,916.08 |
| 4 | CACH, LLC<br>»» HUNTERS GLEN | Unsecured Creditors | $10,238.03 | $0.00 | $10,238.03 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $1,351.16 | $0.00 | $1,351.16 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $679.38 | $0.00 | $679.38 |
| 7 | CONDOR CAPITAL CORP. | Unsecured Creditors | $751.09 | $0.00 | $751.09 |
| 8 | AMERICAN CREDIT ACCEPTANCE<br>»» 2006 AUDI A4/DEF BAL | Unsecured Creditors | $558.71 | $0.00 | $558.71 |
| 9 | U.S. BANK, NATIONAL ASSOCIATION<br>»» P/1305 N OAKS BLVD/1ST MTG/ORD 6/19/19;SLS | Mortgage Arrears | $15,318.78 | $2,536.44 | $12,782.34 |
| 10 | ST. PETER'S UNIVERSITY HOSPITAL C/O CHRI | Unsecured Creditors | $27.95 | $0.00 | $27.95 |
| 11 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008-2009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008-2010/COSTS 2009 | Unsecured Creditors | $15,300.61 | $0.00 | $15,300.61 |
| 13 | Oaks at North Brunswick Condo. Associati<br>»» CRAM $0 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-15753 / CMG

| | | | | | |
|---|---|---|---|---|---|
| 0 | HERBERT B RAYMOND ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| | »» ORDER 11/19/20 | | | | |
| 14 | U.S. BANK, NATIONAL ASSOCIATION | Mortgage Arrears | $7,488.15 | $579.48 | $6,908.67 |
| | »» 1305 NORTH OAKS BLVD/PP ARREARS 3/3/21 | | | | |
| 0 | HERBERT B RAYMOND ESQ | Attorney Fees | $700.00 | $700.00 | $0.00 |
| | »» ORDER 3/15/21 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,030.00 | Plan Balance: | $26,436.00 ** |
| Paid to Claims: | $9,288.93 | Current Monthly Payment: | $492.00 |
| Paid to Trustee: | $741.07 | Arrearages: | $2,678.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $36,466.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.