UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
PO Box 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on February 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Allen Middleton

Debtor(s)

Case No.: 19-15753 / CMG

Hearing Date: 02/16/2022

Judge: Christine M. Gravelle

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: February 17, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $11,530.00 paid to date

- Debtor(s) shall remit $510.00 per month to the Trustee for 49 months beginning 3/1/22

- Debtor to sign up for Ewage or TFS auto pay within 30 days.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-15753-CMG

Allen Middleton     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Feb 17, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Allen Middleton, 1305 North Oaks Boulevard, North Brunswick, NJ 08902-2157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Allen Middleton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Feb 17, 2022 Form ID: pdf903 Total Noticed: 1

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com

Rebecca Ann Solarz
    on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com

Thomas Vincent Giaimo
    on behalf of Creditor The Oaks at North Brunswick Condominium Association Inc. tgiaimo@giaimoandassociates.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com

TOTAL: 10