| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-15753 / CMG**

Allen Middleton

Petition Filed Date: 03/21/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 12/04/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2022 | $1,000.00 | 27843320700 | 02/14/2022 | $500.00 | 27843320711 | 03/10/2022 | $510.00 | |
| 05/04/2022 | $510.00 | | 05/10/2022 | $520.00 | | 06/10/2022 | $520.00 | |
| 07/12/2022 | $520.00 | | 08/10/2022 | $520.00 | | 09/13/2022 | $520.00 | |
| 10/11/2022 | $520.00 | | 11/10/2022 | $520.00 | | 12/13/2022 | $520.00 | |
| 01/10/2023 | $520.00 | | 02/10/2023 | $520.00 | | 03/10/2023 | $520.00 | |

**Total Receipts for the Period:  $8,240.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $18,270.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Allen Middleton | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Herbert B. Raymond, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,592.00 | $3,592.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES, LLC.<br>»» VERIZON | Unsecured Creditors | $342.58 | $0.00 | $342.58 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2008 | Secured Creditors | $4,113.00 | $1,604.22 | $2,508.78 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2008-2010 | Unsecured Creditors | $74,916.08 | $0.00 | $74,916.08 |
| 4 | CACH, LLC<br>»» HUNTERS GLEN | Unsecured Creditors | $10,238.03 | $0.00 | $10,238.03 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $1,351.16 | $0.00 | $1,351.16 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $679.38 | $0.00 | $679.38 |
| 7 | CONDOR CAPITAL CORP. | Unsecured Creditors | $751.09 | $0.00 | $751.09 |
| 8 | AMERICAN CREDIT ACCEPTANCE<br>»» 2006 AUDI A4/DEF BAL | Unsecured Creditors | $558.71 | $0.00 | $558.71 |
| 9 | U.S. BANK, NATIONAL ASSOCIATION<br>»» P/1305 N OAKS BLVD/1ST MTG/ORD 6/19/19;SLS | Mortgage Arrears | $15,318.78 | $5,974.94 | $9,343.84 |
| 10 | ST. PETER'S UNIVERSITY HOSPITAL C/O CHRI | Unsecured Creditors | $27.95 | $0.00 | $27.95 |
| 11 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008-2009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008-2010/COSTS 2009 | Unsecured Creditors | $15,300.61 | $0.00 | $15,300.61 |

**Chapter 13 Case No. 19-15753 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | Oaks at North Brunswick Condo. Associati<br>»»  CRAM $0 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Herbert B. Raymond, Esq.<br>»»  ORDER 11/19/20 | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 14 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  1305 NORTH OAKS BLVD/PP ARREARS 3/3/21 | Mortgage Arrears | $7,488.15 | $2,437.93 | $5,050.22 |
| 0 | Herbert B. Raymond, Esq.<br>»»  ORDER 3/15/21 | Attorney Fees | $700.00 | $700.00 | $0.00 |
| 0 | Herbert B. Raymond, Esq.<br>»»  ORDER 3/8/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,270.00 | Plan Balance: | $18,640.00 ** |
| Paid to Claims: | $15,909.09 | Current Monthly Payment: | $519.00 |
| Paid to Trustee: | $1,395.79 | Arrearages: | $7.00 |
| Funds on Hand: | $965.12 | Total Plan Base: | $36,910.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.