Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............... District Of BYk ˙>YfgYm

In re  Allen Middleton                 ,        Case No.  19-15753

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   8    (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on            6/15/2023            .

| Rushmore Loan Management Services | U.S. Bank Trust National Association |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Rushmore Loan Management Services | SN Servicing Corporation |
| P.O. Box 55004 | 323 fifth Street |
| Irvine, CA 92619-2708 | Eureka, CA 95501 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  6/15/2023                            Jeanne A. Naughton
                                             **CLERK OF THE COURT**