**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 4 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
ALLEN MIDDLETON,

Debtor(s)

Case No.: 19-15753 CMG

Judge: Christine Gravelle, USBJ

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: September 7, 2023

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __HR__    Initial Debtor: __AM__    Initial Co-Debtor: _____

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ _____**_____ per _____MONTH_____ to the Chapter 13 Trustee, starting on _____APRIL OF 2019_____ for approximately _____84*****_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

** i. $20,374 paid in to date through July of 2023 (Over Fifty-Two (52) Months)
   ii. $532 per month, starting in August of 2023, through and including January of 2024 (Six Months)
   iii. $1,176 per month, starting in February of 2024, for a period of twenty-six (26) months

**** THE POST-PETITION ARREARS DUE TO THE OAKS AT NORTH BRUNSWICK CONDOMINIUM ASSOCIATION, ARE TO BE PAID COMPLETELY, IN FULL, BEFORE PAYMENT OF ANY CLAIMS EXCEPT ADMINISTRATIVE EXPENSES

## Part 2:    Adequate Protection ☒ NONE

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Fees |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:   Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| U.S. BANK NA, SERVICED BY RUSHMORE LOAN SERVICING | MORTGAGE ARREARS RE: 1305 N. OAKS BLVD., N. BRUNSWICK, NJ | $27,784.09 (Pre-petition arrears, post-petition arrears and costs & fees associated with stay relief motion(s) and/or default certification(s) filed by lender) | N/A | $27,784.09 | CONTINUED PAYMENTS STARTING August 1, 2023, TO BE PAID BY THE DEBTOR DIRECTLY TO RUSHMORE/U.S. BANK, NA |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:**  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Real and Personal Property | $60,982.67 | $122,750 as to Realty; $4,113 as to Personalty | SLS iao $136,614 Realty ; N/A Personalty | $4,113 Personalty No Value Realty | N/A | $4,113 Personalty; no value realty |
| NJ Div. of Taxation | Real Property | $10,265.60 | $122,750 as to Realty | SLS iao $136,614 | No Value Realty No Value, No Recorded Lien | N/A | No Value Realty |
| Oaks Condo. Ass. | Real Property | $Unknown | N/A | No Recorded Lien | | N/A | No Value |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| THE OAKS AT NORTH BRUNSWICK CONDOMINIUM ASSOCIATION, INC.<br><br>**** THIS CLAIM IS TO BE PAID COMPLETELY, IN FULL, BEFORE PAYMENT OF ANY CLAIMS EXCEPT ADMINISTRATIVE EXPENSES | POST-PETITION CONDOMINIUM ASSOCIATION DUES, AND COSTS AND FEES ASSOCIATED WITH DEFAULT THROUGH JULY OF 2023 | $10,517.50 PAYMENT IN FULL OF POST-PETITION AMOUNT DUE<br><br>**** THIS CLAIM IS TO BE PAID COMPLETELY, IN FULL, BEFORE PAYMENT OF ANY CLAIMS EXCEPT ADMINISTRATIVE EXPENSES |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6: Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

### Part 7: Motions  ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Real Property re: 1305 N. Oaks Blvd., N. Brunswick, NJ | $60,982.67 | $122,750 | SLS iao $136,614 | NO VALUE AS TO REALTY | NO VALUE, ENTIRE LIEN IAO $60,982.67, UNSECURED AS TO REALTY |
| NJ DIVISION OF TAXATION | SAME | $10,265.60 | $122,750 | SAME | NO VALUE | NO VALUE; JUDGMENT LIEN(S) IAO $110,265.60 TO BE TREATED AS UNSECURED CLAIMS |
| OAKS AT N. BRUNSWICK CONDO | SAME | $20,624.10 | $122,750 | SAME | NO VALUE | ENTIRE AMOUNT DUE AS UNSECURED |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PERSONAL PROPERTY | $60,982.67 | $4,113 AS TO PERSONAL PROPERTY | $4,113 | $56,869.67 |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Counsel Fees and Supp. Counsel Fees (Fully Paid before other claims)

3) Post-petition arrears due to The Oaks Condo. Assoc. (Pay in full)****

4) Secured Claims, Priority Claims and then Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: FEBRUARY 27, 2021                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To provide for the payment of post-petition mortgage arrears (To be addressed through an order to be submitted to the Court by the mortgagee). The plan is also being modified to provide for payment of post-petition condominium association dues arrears, in full and completely, before payment on other claims, except administrative expenses. Administrative expenses are to be fully paid before payment on any claim. | The plan term is remaining the same. Payments are reduced since the Debtor is currently disabled and not working and then increase at the time when the Debtor believes he will be returning to work. No other material changes to the plan. Amended income and expense schedules have already been filed in connection with the previously filed modified plan. No material change in income or expenses since last amended income and expense schedules were filed. Though the Debtor has a prosthetic leg, he is still not employed, but hopes to be working in the near future. The new plan also provides, consistent with the Court's suggestion, that the post-petition condominium arrears, due to the Oaks at North Brunswick Condominium Association, Inc., are to be paid in full and completely, before payment on other claims, except administrative expenses. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: September 7, 2023 _____          /S/ ALLEN MIDDLETON_____
                                                                                                 Debtor

Date: _____          _____
                                                                                                 Joint Debtor

Date: September 7, 2023 _____          /S/ HERBERT B. RAYMOND, ESQ._____
                                                                                                 Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Allen Middleton  
    Debtor

Case No. 19-15753-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Sep 07, 2023      Form ID: pdf901      Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Middleton, 1305 North Oaks Boulevard, North Brunswick, NJ 08902-2157 |
| aty | + | Anthony J. Chirles, Hueston McNulty, P.C., 256 Columbia Turnpike, Suite 207, Florham Park, NJ 07932-1228 |
| aty | + | Thomas Vincent Vincent, Giaimo & Associates, LLC, 97 E. RIVER ROAD, RUMSON, NJ 07760-1625 |
| cr | + | Rushmore Loan Management Services as servicer for, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | The Oaks at North Brunswick Condominium Associatio, c/o Giaimo and Associates, LLC, 97 East River Road, Rumson, NJ 07760-1625 |
| 518133429 | | Cach LLC, PO Box 5980, Denver, CO 80127 |
| 518133434 | + | Condor Capital, Fein, Such, Kahn, and Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 518133433 | + | Condor Capital, 800 South Oyster Bay Rd., Hicksville, NY 11801-3519 |
| 518133435 | + | Condor Capital Corporation, 637 Wyckoff Avenue, Wyckoff, NJ 07481-1438 |
| 518133437 | + | Condor Capital Corporation, 165 Oser AVenue, Hauppauge, NY 11788-3710 |
| 518133436 | | Condor Capital Corporation, PO Box 9054, Hicksville, NY 11802 |
| 518133440 | + | Giaimo and Associates, LLC, 97 E. River Rd., Rumson, NJ 07760-1625 |
| 518133448 | + | Midwest Recovery Systems, 2747 W Clay St., Ste. A, Saint Charles, MO 63301-2557 |
| 518133449 | + | Oaks at North Brunswick Condo. Associati, C/o UBE, Inc., 1 Willow Pond Drive, Howell, NJ 07731-3085 |
| 518133450 | + | Pinnacle LLC/Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 518133451 | + | Powers Kirn, LLC, 728 Marne Highway, Ste. 200, Moorestown, NJ 08057-3128 |
| 518782864 | + | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518228649 | | Specialized Loan, Servicing, LLC, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 518270973 | | St Peter's University Hospital c/o CHRI, PO BOX 1289, PEORIA, IL 61654-1289 |
| 518133455 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 518133457 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 518133460 | + | Trident Asset Management, 53 Perimeter Center, E Ste. 4, Atlanta, GA 30346-2294 |
| 518133467 | + | Wells Fargo Home Mortgage, 5024 Parkway Plaza Blvd., Charlotte, NC 28217-1962 |
| 518133466 | | Wells Fargo Home Mortgage, 4080 Hallmark Parkway, San Bernardino, CA 92407 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Sep 07 2023 20:43:03 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Sep 07 2023 20:42:42 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 518133421 | + | Email/Text: EBNProcessing@afni.com | | |

Case 19-15753-CMG   Doc 129   Filed 09/09/23   Entered 09/10/23 00:17:09   Desc
Imaged Certificate of Notice   Page 12 of 14

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2023 | Form ID: pdf901 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 07 2023 20:48:00 | Afni, Inc., PO Box 3097, Bloomington, IL 61702-3097 |
| 518133422 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2023 20:46:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 518133423 | + | Email/Text: bankruptcy@acacceptance.com | Sep 07 2023 20:48:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 518187893 | | Email/PDF: bncnotices@becket-lee.com | Sep 07 2023 20:52:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518133424 | + | Email/PDF: bncnotices@becket-lee.com | Sep 07 2023 20:51:31 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518133425 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 07 2023 20:49:00 | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 518154550 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 20:51:30 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518133431 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 07 2023 20:52:31 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 518133430 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 20:51:34 | Cach, LLC, Resurgent Captial Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 518133432 | | Email/Text: documentfiling@lciinc.com | Sep 07 2023 20:46:00 | Comcast, PO Box 27505, Newark, NJ 07101 |
| 518133438 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 07 2023 20:49:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 518133439 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Sep 07 2023 20:47:00 | Fein, Such, Kahn, and Shepard, 7 Century Drive, Ste. 201, Parsippany, NJ 07054-4673 |
| 518148620 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2023 20:47:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 518133446 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 21:06:24 | LVNV Funding, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 518133447 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2023 20:48:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518135355 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 07 2023 21:06:38 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518140961 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 20:52:15 | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518198041 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 07 2023 20:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518133452 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 07 2023 20:47:00 | Progressive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 519050355 | + | Email/Text: flyersprod.inbound@axisai.com | Sep 07 2023 20:47:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519050354 | + | Email/Text: flyersprod.inbound@axisai.com | Sep 07 2023 20:47:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518133453 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 07 2023 20:48:00 | Santander Consumer Usa, PO Box 961245, Ft Worth, TX 76161-0244 |
| 518133454 | + | Email/Text: bankruptcy@sw-credit.com | Sep 07 2023 20:48:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518267611 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 07 2023 20:47:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518683057 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2023 | Form ID: pdf901 | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| | | Sep 07 2023 20:47:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518133458 | ^ MEBN | Sep 07 2023 20:42:46 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518133459 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 07 2023 20:51:41 | Syncb/Lord & Taylor, PO Box 965015, Orlando, FL 32896-5015 |
| 519947141 | ^ MEBN | Sep 07 2023 20:42:11 | U.S. Bank Trust National Association,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association,, c/o SN Servicing Corporation 95501-0305 |
| 519947140 | ^ MEBN | Sep 07 2023 20:42:11 | U.S. Bank Trust National Association,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518133461 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 07 2023 20:46:00 | | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |
| 518133462 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 07 2023 20:46:00 | | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |
| 518133463 | Email/Text: bankruptcytn@wakeassoc.com | Sep 07 2023 20:46:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518133468 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 07 2023 20:52:09 | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518133441 | | Intercoastal Financial, LLC, 7954 Transit Road, #144, NY 14421 |
| 518133427 | *+ | Berks Credit & Collection, 900 Corporate Dr, Reading, PA 19605-3340 |
| 518133428 | *+ | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 518133443 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518133445 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518133444 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P0 Box 105572, Atlanta, GA 30348 |
| 518133442 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518782865 | *+ | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518683056 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518722353 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518722354 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518133456 | *+ | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 518133464 | *P++ | WAKEFIELD & ASSOCIATES, PO BOX 51272, KNOXVILLE TN 37950-1272, address filed with court:, Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518133465 | *P++ | WAKEFIELD & ASSOCIATES, PO BOX 51272, KNOXVILLE TN 37950-1272, address filed with court:, Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 07, 2023 | Form ID: pdf901 | Total Noticed: 61 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Allen Middleton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |
| Thomas Vincent Giaimo | on behalf of Creditor The Oaks at North Brunswick Condominium Association Inc. tgiaimo@giaimoandassociates.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 11