| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust<br><br>In Re:<br><br>Allen Middleton<br><br>Debtor | **Order Filed on September 18, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.: 19-15753-CMG<br><br>Chapter: 13<br><br>Hearing Date:<br>June 21, 2023, at 9:00 AM<br><br>Hon. Judge: Christine M. Gravelle |

## CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

**DATED: September 18, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Applicant: SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust
Applicant's Counsel: Friedman Vartolo LLP
Debtor's Counsel: Herbert B. Raymond, Esquire
Property (Collateral): 1350 N Oaks Boulevard, North Brunswick, NJ 08902
Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Certification is resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - ☒ The Debtor is due for **4** months, **May 1, 2023 – August 1, 2023.**
   - ☒ The Debtor is due for **4** payments at **$1,217.17** per month.
   - ☐ The Debtor is due for a cure payment in the amount of $_____ due _____
   - ☐ The Debtor is due for _____ in accrued late charges.
   - ☒ The Debtor is due for **$200.00** in attorney's fees and costs.
   - ☐ Applicant acknowledges suspense funds in the amount of **$1,074.35.**
   
   Total Arrearages **Due: $3,994.33**

2. Debtor must cure all post-petition arrearages, as follows:
   - ☐ Immediate payment shall be made in the amount of _____.Payment shall be made no later than _____.
   - ☒ Beginning on **September 1, 2023** regular monthly mortgage payments shall continue to be made.
   - ☐ Beginning on _____ additional monthly cure payments shall be made in the amount of _____ for ___ months.
   - ☐ Debtor shall tender an additional monthly cure payment of _____ on _____.
   - ☒ The amount of **$3,994.33** shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim.

3. Payments to the Secured Creditor shall be made to the following address:
   Payments: SN Servicing Corporation
   P.O. Box 660820

2

Dallas, TX 75266-0820

4. In the event of default:

☒ Should the Debtor fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ In the event the Debtor converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay

5. Award of Attorney's Fees:

The Applicant is awarded attorney's fees of **$200.00** and costs of **0.00**.

3

The fees and costs are payable:

☒ Attorney's fees and costs have been included in the Consent Order.

☐ Through the Chapter 13 plan. The fees/costs shall be set up as a s separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐ To the Secured Creditor within _____ days

☐ Attorney's fees are not awarded.

☐ Movant reserves its right to file a Post-Petition Fee Notice for fees and costs incurred in connection with the Motion for Relief.

The undersigned hereby consent to the form and entry of the foregoing order.

_____  9/7/23
Herbert B. Raymond, Esq.
*Attorney for Debtor*

/s/ Charles Wohlrab, Esq.
Charles Wohlrab, Esq.
*Attorney for Secured Creditor*

4