UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**CAPTION IN COMPLAINTS WITH D.N.J.LBR 9001-1 (b)**

ANTHONY J. CHIRLES JR., ESQ.
ID: 014222002
**HUESTON MCNULTY, P.C.**
256 Columbia Turnpike
Suite 207
Florham Park, NJ 07932
(973) 377-0200
achirles@huestonmcnulty.com

*Attorneys for Creditor*,
The Oaks at North Brunswick
Condominium Association, Inc.
File:10290-5

In Re:

    ALLEN MIDDLETON

Debtor.

CASE NO.: 19-15753-CMG

CHAPTER 13

HON. CHRISTINE M. GAVELLE

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 OCT -4  P 3:09
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Anthony J. Chirles, Jr., Esq., will be substituted as attorney record in this case on behalf of creditor, The Oaks at North Brunswick Condominium Association.

*Thomas Vincent Giaimo, Esq.*
—1D1F185BCD2E4A3...
THOMAS VINCENT GIAIMO, ESQ.
Signature Of Former Attorney

Date: 9/25/2023

*Anthony J. Chirles Jr., Esq.*
—562CDA10E6B948B...
ANTHONY J. CHIRLES, JR., ESQ.
Signature of Substituted Attorney
**HUESTON MCNULTY, P.C.**

Date: 9/25/2023

1

# Hueston McNulty
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| ROBERT J. HUESTON*◊ | 256 COLUMBIA TPK. SUITE 207 | OF COUNSEL |
| SAMUEL J. MCNULTY*◊+^ | FLORHAM PARK, NJ 07932 | AIMEE H. MCNULTY *+ |
| BRIAN J. MCNULTY*+ | | JOHN F. GAFFNEY *◊○ |
| EDWARD J. TURRO* | WWW.HUESTONMCNULTY.COM | CAROL A. SCHRAGER ◊ |
| BRIAN J. MCINTYRE*◊ | | THOMAS VINCENT GIAIMO *◊ |
| DONNA B. SHAW* | DEFENSE AND GENERAL COUNSEL | BRYAN M. BUFFALINO *+ |
| ANTHONY J. CHIRLES, JR.*‡ | SERVING NEW JERSEY, NEW YORK & PENNSYLVANIA | WILLIAM J. MENDRZYCKI *◊ |
| | | BRIAN A. BIRENBACH ◊♦[•] |
| ○ CERTIFIED CIVIL TRIAL ATTORNEY | TEL: 973-377-0200 / FAX: 973-377-6328 | |
| * MEMBER OF NJ BAR | INFO@HUESTONMCNULTY.COM | |
| ◊ MEMBER OF NY BAR | | |
| ♦ MEMBER OF CO BAR | | |
| ‡ MEMBER OF DC BAR | | |
| [•] MEMBER OF FL BAR | | |
| + MEMBER OF PA BAR | | |
| ^ MEMBER, COLLEGE OF COMMUNITY ASSOCIATION ATTORNEYS | | |

September 27, 2023

**VIA FIRST-CLASS MAIL**
Clerk, United States Bankruptcy Court
M.L. King Jr., Federal Bldg. & Courthouse
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

      Re:  **Creditor: The Oaks at North Brunswick Condominium**
             **Debtor: Allen Middleton**
             **Bankruptcy Claim No.: 19-15753-CMG**
             **Our File: 10290-5**

Dear Sir/Madam:

    Our law firm has substituted as counsel for Plaintiff, The Oaks at North Brunswick Condominium Association, Inc., in the above-referenced caption matter.

    Enclosed please find a Substitution of Attorney form which I have signed. Kindly return a filed copy of the same to me in the enclosed self-addressed stamped envelope. Please send all correspondence related to this matter to me at our firm's address stated above.

    If you have any questions, please contact me at (973)377-0200, ext. 211. Thank you for your attention to this matter.

| FLORHAM PARK | SPARTA | RUMSON | EXTON | MANHATTAN |





