UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4ᵀᴴ Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on October 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 19-15753 (CMG) |
| ALLEN MIDDLETON, DEBTOR(S) | Adv. No.: |
| | Hearing Date: October 4, 2023 |
| | Judge: CHRISTINE GRAVELLE |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: October 5, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: Allen Middleton, Debtor(s)

Case no.: 19-15753 (CMG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,200.00** for services rendered and expenses in the amount **$100.00**  for a total of **$1,300.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____  outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.