# Hueston McNulty
### ATTORNEYS AT LAW

ROBERT J. HUESTON*◊
SAMUEL J. MCNULTY*◊+∧○
BRIAN J. MCNULTY**
EDWARD J. TURRO*
BRIAN J. MCINTYRE*◊
DONNA B. SHAW*
ANTHONY J. CHIRLES, JR.*‡

○ CERTIFIED CIVIL TRIAL ATTORNEY
* MEMBER OF NJ BAR
◊ MEMBER OF NY BAR
✧ MEMBER OF CO BAR
‡ MEMBER OF DC BAR
▣ MEMBER OF FL BAR
+ MEMBER OF PA BAR
∧ MEMBER, COLLEGE OF COMMUNITY ASSOCIATION ATTORNEYS

256 COLUMBIA TPK. SUITE 207
FLORHAM PARK, NJ 07932

WWW.HUESTONMCNULTY.COM

DEFENSE AND GENERAL COUNSEL
SERVING NEW JERSEY, NEW YORK & PENNSYLVANIA

TEL: 973-377-0200 / FAX: 973-377-6328
INFO@HUESTONMCNULTY.COM

OF COUNSEL
AIMEE H. MCNULTY **
JOHN F. GAFFNEY *◊○
CAROL A. SCHRAGER ◊
THOMAS VINCENT GIAIMO *◊
BRYAN M. BUFFALINO **
WILLIAM J. MENDRZYCKI *◊
BRIAN A. BIRENBACH ◊*▣

October 17, 2023

**VIA NEW JERSEY LAWYERS SERVICE**
Hon. Christine M. Gravelle
United States Bankruptcy Court for the District of New Jersey
Clarkson S. Fisher Federal Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:  **In Re: Allen Middleton**
          **Bankruptcy Case No.: 19-15753 CMG**
          **Our File No.: 10290-5**

Dear Judge Gravelle:

We represent Creditor, The Oaks at North Brunswick Condominium Association, Inc. (the "Association"), in the above-referenced matter.

The hearing concerning debtor, Allen Middleton's request for confirmation of a modified Chapter 13 Plan is scheduled for November 1, 2023.

The Association objects to the proposed modified Plan that debtor's counsel filed with the Court on September 7, 2023. As of September 30, 2023, the post-petition amount due to the Association is $15,937.50, which exceeds the amount stated in the proposed Plan. Also, the Association seeks to file a lien against the debtor's real property with the county clerk's office.

October 17, 2023
Page 2

As such, we request that the court deny the debtor's proposed modified Chapter 13 Plan in its current form.

>                Respectfully submitted,
>                **HUESTON McNULTY, P.C.**
>
>                *Anthony J Chirles Jr*
>                By:_____
>                    ANTHONY J. CHIRLES JR., ESQ.

AJC/agf
Encl.

cc: Kevin Delyon, Esq. (*Via Email*)
    Albert Russo, Standing Chapter 13 Trustee (*Via First Class Mail*)

**Hueston McNulty, P.C.**
ATTORNEYS AT LAW
256 COLUMBIA TPK., SUITE 207
FLORHAM PARK, NJ 07932

Hon. Christine M. Gravelle
United States Bankruptcy Court for the
District of New Jersey
Clarkson S. Fisher Federal Courthouse
402 East State Street
Trenton, New Jersey 08608