| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Anthony J. Chirles Jr., Esq.<br>HUESTON MCNULTY, P.C.<br>256 Columbia Turnpike<br>Suite 207<br>Florham Park, NJ 07932<br>(973) 377-0200<br>achirles@huestonmcnulty.com<br>Attorneys for Creditor<br>The Oaks at North Brunswick Condominium Association, Inc. | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>NOV 06 2023<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY |
| In Re:<br><br>ALLEN MIDDLETON | Case No.: 19-15753-CMG<br>Chapter: 13<br>Hearing Date: November 1, 2023<br>Judge: Christine M. Gravelle |

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order _____ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☒ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☐ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: 11/1/23      Signature of Attorney: /s/ Anthony J. Chirles Jr., Esq.

rev.8/1/15