10290-5
**HUESTON MCNULTY, P.C.**
Attorney: Anthony J. Chirles Jr., Esq.
Attorney ID # 014222002
256 Columbia Turnpike
Suite 207
Florham Park, NJ 07932
(973) 377-0200
achirles@huestonmcnulty.com
*Attorneys for Creditor*
**The Oaks at North Brunswick Condominium Association, Inc.**

Order Filed on November 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE MATTER OF:

ALLEN MIDDLETON

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
JUDGE: CHRISTINE M. GRAVELLE
CASE NUMBER: 19-15753 CMG
CHAPTER 13
HEARING DATE: November 11, 2023

### STIPULATION AND CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO DEBTOR'S PROPOSED MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **GRANTED**.

**DATED: November 9, 2023**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** having come before the Court by the filing of a proposed modified Chapter 13 bankruptcy plan filed by debtor, Allen Middleton ("Debtor"), through his counsel; and creditor, The Oaks at North Brunswick Condominium Association, Inc. (the "Association") objecting thereto through counsel; and the parties seeking to amicably resolve the matter; and this Court having found that good and sufficient cause exists for the entry of this Consent Order:

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** as follows:

1. Debtor acknowledges that the amount of post-petition condominium association assessments, late fees, attorneys' fees and costs through September 30, 2023 is $12,847.00.

2. Debtor agrees to pay the amount of $12,847.00 completely in full through the plan before paying the claims of any other creditors, except for administrative expenses. The trustee shall schedule this sum as a separate item to be paid in full through the plan.

3. Debtor agrees that that the Association shall have the right to file a condominium lien against Debtor's real property with the county clerk's office every year as long as the aforesaid amount of $12,847.00 remains unpaid.

4. The recording of the lien pertaining to the said amount of $12,847.00 is contingent upon the Court's confirmation of Debtor's proposed modified plan over the objections of the Debtor's other creditors, if there are any.

2

5. Upon payment in full of the aforesaid amount of $12,847.00 through the plan, the Association shall discharge any liens recorded with the county clerk's office.

6. The Clerk of this Court is authorized to take any and all actions necessary or appropriate to give effect to this Consent Order.

7. This Consent Order shall be binding on the parties hereto and their successors, representatives and/or assigns.

8. This Consent Order shall not affect the right of the Association to seek payment of attorneys' fees in the amount of $3,090.50 for the period of November 4, 2022 to June 30, 2023 after the discharge of the case. Both parties preserve all rights and defenses to same as well.

9. This Consent Order shall not affect the rights of the Association to proceed with a lien or other collection efforts with respect to any assessments, late fees, attorneys' fees and costs that accrue on Debtor's account after September 30, 2023. Both parties preserve all rights and defenses to same as well.

10. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation and/or enforcement of this Consent Order.

The undersigned consent to the form, substance and entry of the within Order, and represent that they have authority to execute same.

| | |
|---|---|
| **HUESTON MCNULTY, P.C.** | **RAYMOND AND RAYMOND** |
| *Attorneys for Creditor* | *Attorneys for Debtor* |
| The Oaks at North Brunswick | Allen Middleton |
| Condominium Association, Inc. | |

Anthony J. Chirles Jr.

By:_____    By:_____
Anthony J. Chirles Jr., Esq.                Kevin De Lyon, Esq.

Date: October 31, 2023    Date: 10/31/23

4

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-15753-CMG
Allen Middleton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Nov 09, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Middleton, 1305 North Oaks Boulevard, North Brunswick, NJ 08902-2157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Allen Middleton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Specialized Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 10