UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Heather Lynn Anderson (015962003)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for the State of New Jersey,
 Division of Taxation

**Order Filed on December 18, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | Case No.: 19-15753 (CMG) |
|---|---|
| Allen Middleton, | Chapter 13 |
| Debtor. | Judge: Gravelle, U.S.B.J. |

## CONSENT ORDER WITTHDRAWING CLAIM OF THE STATE OF NEW JERSEY, DIVISION OF TAXATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 18, 2023**

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: Middleton
Case No.: 19-15753
Caption of Order: CONSENT ORDER

This matter having been presented to the Court by Debtor Allen Middleton ("Debtor"), by and through Debtor's counsel, Herbert Raymond, Esq., by Chapter 13 Plan (Docket No. 124), and in agreement with the State of New Jersey, Division of Taxation ("Taxation"), by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtor and Taxation having amicably resolved Taxation's Post Petition claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1)    IT IS HEREBY ORDERED THAT Taxation's Post Petition Proof of Claim (Claim No. 11-2) filed on December 7, 2023, is hereby withdrawn;

(2)    IT IS FURTHER ORDERED THAT Debtor admits and agrees that the debt for his Personal Gross Income Tax (TGI-EE) for 2019 is nondischargeable under the Bankruptcy Code;

(3)    IT IS FURTHER ORDERED THAT Debtor admits and agrees that the debt for his 2019 TGI-EE is still due and owing, with accrued interest and penalty, and must be paid upon completion of the instant bankruptcy;

(4)    IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

Attorneys for the Debtor

MATTHEW J. PLATKIN
Attorney General  of New Jersey
Attorney for Taxation

_____
Herbert Raymond, Esq.

12.8.2023

_Heather Lynn Anderson_
Heather Lynn Anderson
Deputy Attorney General