|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Heather Lynn Anderson (015962003)<br>Deputy Attorney General<br>R. J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for the State of New Jersey,<br> Division of Taxation | Order Filed on December 18, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Allen Middleton,<br><br>   Debtor. | Case No.: 19-15753 (CMG)<br><br>Chapter 13<br><br>Judge: Gravelle, U.S.B.J. |

CONSENT ORDER WITTHDRAWING CLAIM OF THE STATE OF NEW JERSEY, DIVISION OF TAXATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 18, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Middleton
Case No.: 19-15753
Caption of Order: CONSENT ORDER

    This matter having been presented to the Court by Debtor Allen Middleton ("Debtor"), by and through Debtor's counsel, Herbert Raymond, Esq., by Chapter 13 Plan (Docket No. 124), and in agreement with the State of New Jersey, Division of Taxation ("Taxation"), by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtor and Taxation having amicably resolved Taxation's Post Petition claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Post Petition Proof of Claim (Claim No. 11-2) filed on December 7, 2023, is hereby withdrawn;

(2) IT IS FURTHER ORDERED THAT Debtor admits and agrees that the debt for his Personal Gross Income Tax (TGI-EE) for 2019 is nondischargeable under the Bankruptcy Code;

(3) IT IS FURTHER ORDERED THAT Debtor admits and agrees that the debt for his 2019 TGI-EE is still due and owing, with accrued interest and penalty, and must be paid upon completion of the instant bankruptcy;

(4) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

| Attorneys for the Debtor | MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br>Attorney for Taxation |
|---|---|
| *[signature]*<br>Herbert Raymond, Esq.<br>12.8.2023 | *[signature: Heather Lynn Anderson]*<br>Heather Lynn Anderson<br>Deputy Attorney General |

United States Bankruptcy Court
District of New Jersey

In re:  
Allen Middleton  
  Debtor

Case No. 19-15753-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2  
Date Rcvd: Dec 18, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

**Recip ID    Recipient Name and Address**  
db    +    Allen Middleton, 1305 North Oaks Boulevard, North Brunswick, NJ 08902-2157

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:

**Name    Email Address**

Albert Russo  
  docs@russotrustee.com

Albert Russo  
  on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon  
  on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Heather Lynn Anderson  
  on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

Herbert B. Raymond  
  on behalf of Debtor Allen Middleton herbertraymond@gmail.com  
  raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 18, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Jason Brett Schwartz
    on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of Lodge Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Specialized Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 11