Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–15753–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen Middleton
   1305 North Oaks Boulevard
   North Brunswick, NJ 08902

Social Security No.:
   xxx–xx–3914

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/21/24 at 09:00 AM

to consider and act upon the following:

*149* – Creditor's Certification of Default (related document:131 Order Resolving Creditor's Certification of Default) filed by Charles G. Wohlrab on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust. Objection deadline is 02/7/2024. (Attachments: # 1 Certification # 2 Exhibit A – Entered Order # 3 Certificate of Service # 4 Proposed Order) (Wohlrab, Charles)

Dated: 2/7/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court