| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Raymond and Raymond Attorneys at Law 7 Glenwood Avenue, 4TH Floor East Orange, New Jersey 07017 Telephone: (973) 675-5622 Telefax: (408) 519-6711; Email: herbertraymond@gmail.com Herbert B. Raymond #HR-1379 Jeffrey M. Raymond Kevin de Lyon Attorneys for the Debtor(s) | Order Filed on March 19, 2024 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: ALLEN MIDDLETON, DEBTOR(S) | Case No.: 19-15753 (CMG) Adv. No.: Hearing Date: Judge: CHRISTINE GRAVELLE |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

DATED: March 19, 2024

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: Allen Middleton, Debtor(s)

Case no.: 19-15753 (CMG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$100.00**  for a total of **$900.00.**  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.