Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  19−15753−CMG
          Chapter:  13
          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen Middleton
   1305 North Oaks Boulevard
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−3914

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/21/24 at 09:00 AM

to consider and act upon the following:

*172* − Creditor's Certification of Default (related document:159 Consent Order) filed by Charles G. Wohlrab on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust. Objection deadline is 08/8/2024. (Attachments: # 1 Certification # 2 Exhibit A: Filed Order # 3 Proposed Order # 4 Certificate of Service) (Wohlrab, Charles)

Dated: 7/31/24

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court